RECEIVED
FEB 25 2022
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

United States District Court
Western District Of Louisiana
___Shreveport___ Division

Kareem Abdul Johnson           Civil Action No. _____ 22-cv-0581

Versus                         Judge _____

Janella Denice Johnson         Magistrate Judge _____
Vincent E. Webb
City of Shreveport
Brady D. O'Callaghan
Mary Winchell

## Complaint

(1) The plaintiff in this case is Kareem Abdul Johnson, who is a citizen of Louisiana, and whose mailing address is 1101 Forum Dr. P.O. Box 70110 Shreveport Louisiana 71137-0110.

(2) The defendant(s) in this case is Janella Denice Johnson, who is a citizen of Louisiana, and whose mailing address is 1721 S. Reunion Dr. Shreveport, LA. 71118.

(3) The defendant(s) in this case is Vincent E. Webb, who is a citizen of Louisiana, and whose mailing address is 1234 Texas Ave. Shreveport, Louisiana 71108.

(4) The defendant(s) in this case is Brady D. O'Callaghan who is a citizen of Louisiana, and whose mailing address is 501 Texas St, Room #203 Shreveport,

Louisiana 71101-5408.

"FACTS"

(1)

On or about March 28, 2021, Shreveport Police Department was called out to the home of Kareem and Janello Johnson at 1721 S. Reunion Dr. Shreveport, Louisiana 71118.

(2)

Officer Vincent E. Webb of Shreveport Police Department, for the City of Shreveport, arrived on the scene and arrested the plaintiff, Kareem Abdul Johnson, without question of incident which is a violation of his Constitutional Rights.

(3)

Officer Vincent E. Webb, then spoke with two minor(s) by the name of Moriah Morris (5/14/06) and Jamiah Williams (04/01/08), who then gave "False Complaints" according to La. Sec. 18:1511.10, according to La. Sec. 14:46 that is considered "False Imprisonment."

(4)

The plaintiff was charged with one count of Domestic Abuse Battery and one count of Domestic Abuse Child Endangerment on November 29, 2021 at First Judicial District Court.

(5)

On April 22, 2021, while at Caddo Parish Juvenile Court in Honorable Judge Natalie Howell courtroom, the defendant(s), Janella Johnson, gave a statement that none of the allegations that Mariah Morris or Jamiah Williams gave were True or Facts.

(6)

On October 6, 2021, while at First Judicial District Court, in Judge Brady D. O'Callaghan courtroom. The defendant, Janella Johnson committed "False Swearing" in accordance to La. Sec. 14:125 while on stand in Judge Brady D. O'Callaghan courtroom. The defendant was accompanied by Counsel Mary Winchell, while being cross examined by the plaintiff, Kareem Abdul Johnson, the defendant, committed "Perjury", in accordance to La. Sec. 14:123. At which time Judge Brady D. O'Callaghan did not follow the "Adjudicative Responsibilities" according to La. Code. Jud. Cond. 3, which states: A judge shall Perform the Duties of Office Impartially and Diligently. Judge Brady D. O'Callaghan also signed notices for the defendant and her Counsel with a stamp. When Act 606 authorizes judges to use electronic signatures when signing court orders, notices, official

court documents, and other writings to be executed in connection with both civil and criminal proceedings. Due to the violations of my Constitutional and Civil rights, I want "trial by jury," as to say "Jury Trial Demanded," as The Rule of Law Berry" was violated.

(7)

The plaintiff therefore ask the court to Order the defendant(s) to pay Compensation For Wrongful Conviction And Imprisonment in accordance to La. Sec. 15:572.8 as well as Monetary Damages to the plaintiff in accordance with La. Code Civ. Proc. Arts. 851-893 in the exclusive venue set forth in La. R.S. 15:1184.

Kareem Abdul Johnson
1101 Forum Drive
P.O. Box 70110
Shreveport, La. 71137-0110